IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARD STARR | ) | CASE NO.: 5:21-cv-670 |
| | ) | |
| Plaintiff, | ) | JUDGE: SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| CARDINAL LOGISTICS | ) | **JOINT STATUS REPORT** |
| MANAGEMENT CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Bernard Starr and Defendant Cardinal Logistics Management Corporation, by and through undersigned counsel, hereby provide this Honorable Court with the following status report:

1. **Discovery That Has Occurred During The Reporting Period**.

    Both parties have exchanged and responded to written and document discovery requests. Plaintiff has requested dates to take depositions in January. Defendant has not yet provided the requested availability.

2. **Settlement Discussions That Have Occurred During The Reporting Period.**

    Plaintiff reiterated his previously revised demand. Defendant advised that it would not provide a revised offer in response at this time.

3. **Motions That Have Been Filed or Remain Pending During Reporting Period**.

    None.

4. **Any Developments That Might Give Rise To A Request To Deviate From The Schedule Outlined In The Case Management Plan.**

    None.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| | **JACKSON LEWIS P.C.** |
| */s/ Daniel S. Dubow* | */s/ Patrick O. Peters* |
| Brian D. Spitz (0068816) | Patrick O. Peters (#0079539) |
| Daniel S. Dubow (0095530) | Richard L. Hilbrich (#0092143) |
| **SPITZ** | Park Center Plaza I, Suite 400 |
| 25825 Science Park Drive, Suite 200 | 6100 Oak Tree Boulevard |
| Beachwood, OH 44122 | Cleveland, OH 44131 |
| Tel.: (216) 291-4744 | Tel.: (216) 750-0404 |
| Fax: (216) 291-5744 ( | Fax: (216) 750-0826 |
| Brian.spitz@spitzlawfirm.com | Patrick.Peters@JacksonLewis.com |
| Daniel.dubow@spitzlawfirm.com | Richard.Hilbrich@JacksonLewis.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Bernard Starr* | *Cardinal Logistics Management Corporation* |

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via the Court's electronic filing system on November 3, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*Daniel S. Dubow*
Brian D. Spitz (0068816)
Daniel S. Dubow (0095530)
**The Spitz Law Firm, LLC**