IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARD STARR | ) | CASE NO.: 5:21-cv-670 |
| | ) | |
| Plaintiff, | ) | JUDGE: SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| CARDINAL LOGISTICS | ) | **STIPULATED DISMISSAL** |
| MANAGEMENT CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the entirety of this matter is dismissed *with prejudice*. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,                                   Respectfully submitted,

                                                                              **JACKSON LEWIS P.C.**

*/s/ Daniel S. Dubow*                                     */s/ Patrick O. Peters*
Brian D. Spitz (0068816)                              Patrick O. Peters (#0079539)
Daniel S. Dubow (0095530)                        Richard L. Hilbrich (#0092143)
**SPITZ, THE EMPLOYEE'S FIRM**                Park Center Plaza I, Suite 400
25825 Science Park Drive, Suite 200        6100 Oak Tree Boulevard
Beachwood, OH 44122                              Cleveland, OH 44131
Tel.: (216) 291-4744                                     Tel.: (216) 750-0404
Fax: (216) 291-5744                                    Fax: (216) 750-0826
Brian.spitz@spitzlawfirm.com                  Patrick.Peters@JacksonLewis.com
Daniel.dubow@spitzlawfirm.com           Richard.Hilbrich@JacksonLewis.com

*Counsel for Plaintiff*                                 *Counsel for Defendant*
*Bernard Starr*                                            *Cardinal Logistics Management Corporation*