UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BERNARD STARR, | ) | CASE NO. 5:21-cv-670 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CARDINAL LOGISTICS MANAGEMENT CORP., | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter comes before the Court upon the parties' Stipulated Dismissal. (Doc. No. 19.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may stipulate to dismissal of an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation and, therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: May 25, 2022

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**